IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

UNITED STATES OF AMERICA

v.                                              CASE NO.: 3:07cr90/LAC

JERRI C. STRINGER,
 a/k/a Jerri F. Clinard,
 a/k/a Sensual Creole

_____

### ORDER ADOPTING AND AMENDING CONDITIONS OF RELEASE

The defendant is charged by an indictment with offenses alleged to have been committed in this district. At first appearance held on August 28, 2007, it was determined that defendant should be released under the same conditions that were imposed on her on August 23, 2007, in the United States District Court, Southern District of Mississippi. It is therefore ORDERED that defendant shall continue on the same conditions she has been under with the following exceptions:

1. Defendant will not be required to actively seek and maintain employment.

2. Defendant shall be allowed to travel into the Eastern District of Louisiana, as far as Slidell, Louisiana.

DONE AND ORDERED this 28th day of August, 2007.

/s/ *Miles Davis*
MILES DAVIS
UNITED STATES MAGISTRATE JUDGE