IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

UNITED STATES OF AMERICA

vs.    CASE NO.: 3:07cr90/LAC

**JERRI C. STRINGER,**
 a/k/a Jerri F. Clinard,
 a/k/a Sensual Creole

___

### ORDER

On motion by the government and the proffer of evidence by the government's counsel, and without objection by defendant, it is ORDERED as follows:

1. Defendant will be allowed personal visitation with her son and co-defendant, Leonard A. Schenk, at his place of confinement pending trial, but only if accompanied by her counsel.

DONE and ORDERED this 28th day of August, 2007.


/s/ *Miles Davis*
MILES DAVIS
UNITED STATES MAGISTRATE JUDGE