IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

UNITED STATES OF AMERICA

vs.                                                Case Nos.   3:07cr90/LAC
                                                                           3:09cv116/LAC/EMT

JERRI C. STRINGER

_____/

**O R D E R**

This cause comes on for consideration upon the magistrate judge's Report and Recommendation dated June 29, 2011 (Doc. 139).  The parties have been furnished a copy of the Report and Recommendation and have been afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1).  No objections have been filed.

Having considered the Report and Recommendation, I have determined that the Report and Recommendation should be adopted.

Accordingly, it is now **ORDERED** as follows:

1.  The magistrate judge's Report and Recommendation is adopted and incorporated by reference in this order.

2.  The motion to vacate, set aside, or correct sentence (doc. 113) is **DENIED** and **DISMISSED**.

3.  A certificate of appealability is **DENIED.**

**ORDERED** on this 2nd day of August, 2011.

                                                                      s/ *L.A. Collier*
                                                                     Lacey A. Collier
                                                            Senior United States District Judge